In the Matter of MAX COHEN v. HARRY ALLEN and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SAMUEL LANGENTHAL v. MOSES OBERMAN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

RENE ARACHTIGI v. M. STANLEY TWEEDIE and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

COLUMBIAN LAUNDRY v. MACGOVERN & COMPANY, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

EDWARD M. MCKEY v. EMILY HESSLEIN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JAMES T. ACKERMAN v. ALFRED IASILLO.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

LOUIS P. GALLI v. GOYN TALMAGE.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SAMUEL WIDELITZ v. WINTERROTH PIANO COMPANY, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

WILLIAM J. O'DONOVAN v. PAULINE EPSTEIN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith Page and Shearn, JJ.

EDGAR L. PERERA v. AUGUSTUS W. CLARKE.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

P. ASHLEY CHASE v. HERMAN ETTINGER.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SIDNEY B. KLEE v. POSTAL LIFE INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

BAZENA T. D. MERRIMAN v. THE CITY OF NEW YORK, Impleaded.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.